IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | No.   1:21-CR-151 (SCJ)(LTW) |
| SCOTT GRANDEN | ) | |
| | ) | |

MOTION TO
SUPPRESS STATEMENT

Comes now, SCOTT GRANDEN, Defendant in the above-styled action, by and through undersigned counsel, and moves this Court to suppress any statement obtained by law enforcement from Mr. Granden.  In support of this Motion, Mr. Granden shows as follows:

(1)

Mr. Granden is the lone defendant named in single count indictment charging him with abusive sexual contact in violation of 18 U.S.C. § 2244(b).

(2)

From the discovery provided it appears that Mr. Granden was questioned while detained without first having been advised of his constitutional rights.

ARGUMENT AND AUTHORITY

In order to use any statements attributed to defendant, the Government must first prove that the statements were made knowingly and voluntarily and not in

violation of *Miranda v. Arizona*, 384 U.S. 436-468, 69 (1966), and *Jackson v. Denno*, 378 U.S. 368, 376-377 (1984).   In order for any statement purportedly made by Mr. Granden to be admissible, an evidentiary hearing must be held whereby the Court can determine if the statement was made freely and voluntarily.

WHEREFORE, Defendant respectfully requests that this Court conduct a hearing on this matter and suppress any statement made by Mr.Granden.

Dated, this the 28th day of May, 2021.

Respectfully submitted,

*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
Suite 1500
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR. MR. GRANDEN

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has, pursuant to Local Rule 5.1, has been formatted in Times New Roman, 14 Point, electronically filed and served upon counsel:

>Mr. Paul Jones, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Ted Turner Drive, S. W.
>Atlanta, Georgia   30335

Dated, this the 28th day of May, 2021.

*s/Jeffrey L. Ertel*