PS 8
(Rev. 12/04)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 21 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

Northern District of Georgia

U.S.A. vs.   Scott Russell Granden     Docket No. ~~1:21-00317M~~  1:21-CR-151-SCJ-LT

**SEALED**

### Petition for Action on Conditions of Pretrial Release

COMES NOW   White, Felicia S.   , pretrial services/probation officer, presenting an official report upon the conduct of defendant   Scott Russell Granden  , who was placed under pretrial release supervision by the Honorable   Bly, Christopher C.  , sitting in the court at   Atlanta, Georgia   on the   26   date of   March  ,   2021   under the following conditions:

Not commit any offense in violation of federal, state, or local law while on release in this case.
Cooperate in the collection of a DNA sample if it is authorized.
Advise the court or supervising officer in writing before making any change in address or telephone number.
Appear at all proceedings as required and shall surrender for services of any sentence imposed as directed.
Report to pretrial services.
Maintain or actively seek lawful, verifiable employment.
Surrender any passport to U.S. Probation and not obtain or possess a passport or other international travel documents.
Avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution.
Not possess a firearm, destructive device, or other dangerous weapons or ammunition.
Not use alcohol at all.
Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner.
Submit to any testing required by the pretrial services officer or the supervising officer to determine whether the defendant is using a prohibited substance.
Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services officer.
Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs.
Pay all or part of the cost of the location monitoring program based upon your ability to pay as the pretrial services officer determines.
Report any contact with law enforcement as soon as possible.
Travel restricted to the Northern District of Georgia unless the supervising pretrial services officer has approved travel in advance; and Eastern District of Missouri where he resides.
Not permitted to travel by a commercial carrier, including any airline, train or bus.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1: Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner:**

On April 23, 2021, the defendant tested positive for marijuana. It is noted defendant advised he smoked marijuana before his release on bond.

**Violation #2: Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs:**

From on or about April 25, 2021, to April 28, 2021, the defendant failed to charge his location monitoring equipment after being instructed to fully charge the equipment every 24 hours.

**Violation #3: Submit to any testing required by the pretrial services officer or the supervising officer to determine whether the defendant is using a prohibited substance:**

On May 6, 2021, the defendant failed to provide a urine sample as instructed.

**Violation #4: Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs:**

On May 13, 2021, the defendant made unauthorized stops at a restaurant and gas station.

**Violation #5: Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs:**
On May 14, 2021, the defendant made an unauthorized stop at a gas station and a neighbor's residence.

**Violation #6: Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs:**

On May 14, 2021, the defendant made an unauthorized stop at Chili's restaurant.

**Violation #7: Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs:**

On May 20, 2021, the defendant made an unauthorized stop at a neighbor's residence (2nd **violation incurred for visiting this neighbor's residence without permission**).

**Violation #8: Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs:**

On May 22, 2021, the defendant left his residence without permission. The defendant was scheduled to leave his residence between 8am and 10am to report or a drug screen, but instead left his residence at 10:08 am, reported for a drug screen, and failed to provide a sample.

**Violation #9: Submit to any testing required by the pretrial services officer or the supervising officer to determine whether the defendant is using a prohibited substance:**

On May 22, 2021, the defendant failed to provide a urine sample as instructed.

**Violation #10: Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner:**

On June 12, 2021, the defendant tested positive for marijuana and alcohol.

**Violation #11: Participate in location monitoring (home detention) and abide by its requirements as the pretrial services officer instructs:**

On June 14, 2021, the defendant left his residence without permission on three separate occasions and walked to a local gas station.

PRAYING THAT THE COURT WILL ORDER PRAYING THAT THE COURT WILL ORDER a warrant issued for the arrest of said Scott Russell Granden and that he be brought back before the Court at Atlanta, to show cause why his pretrial bond supervision should not be revoked. It is further ordered that this petition and the warrant be sealed and that the same remain sealed until the warrant is executed or until further order of this Court.

ORDER OF COURT

Considered and ordered this 21st day of June, 2021 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher C. Bly
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          June 17, 2021

                    *F. White*
         U.S. Pretrial Services/Probation Officer

Place               Atlanta, Georgia

AO442 (Rev. 8/15)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

WARRANT FOR ARREST

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | |
| Scott Russell Granden | ) Docket No.: | 1:21-CR-151-SCJ-LTW <br> ~~1:21-00317M-1~~ |
| | ) | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring   forthwith to the nearest magistrate judge to answer a:

☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☒ Pretrial Violation Petition
☐ Other:

charging him with:   Violating Conditions of Bond

in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer: _[signature]_

Date: June 17, 2021

Bail fixed at $_____ By _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |