U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 1:21-CR-151-SCJ

I, Scott Russell Granden, defendant, having received a copy of the within Indictment, and having been arraigned, plead Guilty thereto to sole count of the Indictment.

In Open Court this 24th day of September, 2021.

_____     _____
SIGNATURE (Defense Attorney)             SIGNATURE (Defendant)
Jeffrey L. Ertel                                        Scott Russell Granden

INFORMATION BELOW MUST BE TYPED OR PRINTED

101 Marietta Street, Suite 1500         1228 Coal Bank ct
Atlanta, Georgia 30303                     St. Louis  Mo   63138
Phone: (404) 688-7530
Bar Number: _____         Phone: 636-875-8489

Filed in Open Court by:

_____     _____
(Signature)                                              Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12